932

*Kohn, Bertram D. Moll* and *Vincent P. McDevitt* for United Gas Improvement Co. et al., petitioners in No. 671. *Kent H. Brown* and *Morton L. Simons* for Public Service Commission of New York, petitioner in No. 678 and respondent in No. 714. *J. Evans Attwell, J. A. O'Connor, Jr., and H. Y. Rowe* for Ocean Drilling & Exploration Co., petitioner in No. 714 and respondent in Nos. 671, 678 and 756. *Solicitor General Cox, Frank Goodman, Richard A. Solomon, Howard E. Wahrenbrock* and *Josephine H. Klein* for the Federal Power Commission, petitioner in No. 756. *Solicitor General Cox, Richard A. Solomon, Howard E. Wahrenbrock* and *Josephine H. Klein* for the Federal Power Commission, respondent in No. 714. *Richard F. Generelly* for Callery Properties, Inc., respondent in Nos. 671, 678 and 756. *Robert W. Henderson, Thomas G. Crouch* and *Paul W. Hicks* for Sands et al., respondents in Nos. 671, 678 and 756. *Herbert W. Varner, Murray Christian* and *Roland B. Voight* for Superior Oil Co., respondent in Nos. 671, 678 and 756. *Chauncey P. Williams, Jr., Edward S. Kirby, James R. Lacey, Edwin F. Russell, Harry G. Hill, Jr.,* and *Barbara M. Suchow* for Consolidated Edison Co. of New York, Inc., et al., as *amici curiae,* in support of the petition in No. 671.

No. 804. TRANSOCEAN AIR LINES ET AL. *v.* COOPER, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *James V. Joy, Jr.,* and *Joseph L. Alioto* for petitioners. *Solicitor General Cox* and *Ralph S. Spritzer* for respondent.

No. 813. DYER *v.* MURRAY, TRUSTEE, ET AL. Sup. Jud. Ct. Me. Certiorari denied.